**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
W. Chris Maloney, SBN 311102
350 University Ave., Suite 200
Sacramento, California 95825
cfessenden@porterscott.com
dnorton@porterscott.com
cmaloney@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CALIFORNIA EXPOSITION AND STATE FAIR and RICK PICKERING

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURT CAMENZIND, an individual, | CASE NO. **2:19-CV-00632-MCE-AC** |
| Plaintiff, | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| v. | |
| CALIFORNIA EXPOSITION AND STATE FAIR; RICK PICKERING, in his official capacity as General Manager of California Exposition and State Fair; DOES 1-10, inclusive, | Complaint Filed: 03/08/2019 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff BURT CAMENZIND ("Plaintiff") and Defendants CALIFORNIA EXPOSITION AND STATE FAIR and RICK PICKERING ("Defendants") (collectively, "The Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to briefly continue non-expert and expert discovery deadlines as well as the dispositive motion hearing deadline by 90 days.

WHEREAS, this case does not currently have a trial date;

{02182531.DOCX} 1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1 WHEREAS, the current deadline for non-expert discovery is April 14, 2020, the current deadline for expert discovery is September 3, 2020, and the current deadline to file dispositive motions is October 9, 2020;

WHEREAS, the parties have diligently conducted discovery, including the exchange of written discovery;

WHEREAS, the parties were forced to cancel the deposition of Plaintiff, Defendant Rick Pickering, and a third party witness during the week of March 23 due to the shelter in place orders issued by the State of California, the City and County of San Francisco, and the County of Sacramento;

WHEREAS, the shelter in place orders will prevent the parties from conducting necessary depositions for at least another 30-60 days;

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

Last day to complete non-expert discovery: July 14, 2020

Last day to disclose expert witness: September 14, 2020

Last day to disclose rebuttal expert witness: October 12, 2020

Last day to complete expert discovery: December 3, 2020

Last day to file dispositive motions: January 8, 2021

Good cause exists for a brief 90-day continuance of the above deadlines to allow the parties sufficient time to conduct discovery and assess the viability of a summary judgment motion. Thus, the parties are requesting a 90 day continuance of the above stated deadlines.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

{02182531.DOCX} 2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

**IT IS SO STIPULATED.**

Dated: March 26, 2020                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION


                                         By  */s/ David R. Norton*
                                              Carl L. Fessenden
                                              David R. Norton
                                              W. Chris Maloney
                                              Attorneys for Defendants

Dated:  March 26, 2020                   PACIFIC JUSTICE INSTITUTE


                                         By  */s/ Matthew B. McReynolds* (authorized on 3/25/20)
                                              Matthew B. McReynolds
                                              Attorney for Plaintiff


## **ORDER**

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

IT IS SO ORDERED.

Dated:  March 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE